UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN,<br><br>          Plaintiff,<br><br>   v.<br><br>K. CLARK, *et al.*,<br><br>          Defendants. | Case No. 1:19-cv-01361-JDP<br><br>ORDER DIRECTING THE CLERK TO CLOSE THIS CASE |

This case has been voluntarily dismissed by plaintiff under Rule 41(a)(1)(A)(i). ECF Nos. 8, 9, 10. Thus, the clerk is directed to close this case.

IT IS SO ORDERED.

Dated:    February 25, 2020                                  
                              UNITED STATES MAGISTRATE JUDGE

No. 204.